BARBARA M. SMITH AND WILLIAM SMITH, HER HUSBAND, PLAINTIFFS-APPELLANTS, v. PUBLIC SERVICE CO-ORDINATED TRANSPORT, DEFENDANT-RESPONDENT.

Submitted May 26, 1939—Decided September 22, 1939.

For the appellants, *Meyer L. Sakin*.

For the respondent, *Henry H. Fryling* (*Henry J. Sorenson*, of counsel).

PER CURIAM.

Plaintiffs appeal from a judgment of nonsuit in an action in tort for negligence. The nonsuit was rested upon the hypothesis of an utter lack of evidence tending to show the negligence charged, *i. e.*, defendant's failure to provide a reasonably safe place for the female plaintiff, a passenger, to alight from one of defendant's buses, as the result of which she fell and suffered injury. Her husband sued *per quod.*

We are not called upon to review the evidence. There was no exception to the judicial action thus complained of. Moreover, we deem the nonsuit to have been proper on the authority of *Meelhein* v. *Public Service Co-ordinated Transport*, 121 *N. J. L.* 163.

Judgment affirmed.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, CASE, BODINE, DONGES, HEHER, PERSKIE, PORTER, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, HAGUE, JJ. 15.

*For reversal*—None.